UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
S.L., an Infant, by KAREN LONG, her Parent and Natural Guardian,

                              Plaintiff(s),

- against -

KAMPGROUNDS OF AMERICA INC.,
KAMPGROUNDS OF AMERICA INC., d/b/a
VIRGINIA BEACH KOA and VIRGINIA BEACH KOA,

                              Defendant(s).
----------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

Civil Case No.:
1:23-cv-01216-FJS-DJS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Kingston, New York
        November 4, 2024

_____
MICHAEL A. MAINETTI, ESQ.
Mainetti & Mainetti, P.C.
Attorneys for Plaintiff(s)
130 N. Front Street
Kingston, New York 12401
(845) 600-0000

_____
James P. Brodie
Wilson Elser Moskowitz Edelman & Dicker, Llp
Attorneys for Defendant(s)
KAMPGROUNDS OF AMERICA INC.
200 Great Oaks Boulevard, Ste. 228
Albany, New York 12203
(518) 449-8893

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: November 19, 2024